No. 12M42. SAMADI *v.* BANK OF AMERICA, N. A.; and

No. 12M43. TURNER, NEXT FRIEND OF RODRIGUEZ TREVINO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–338. DECKER, OREGON STATE FORESTER, ET AL. *v.* NORTHWEST ENVIRONMENTAL DEFENSE CENTER; and

No. 11–347. GEORGIA-PACIFIC WEST, INC., ET AL. *v.* NORTHWEST ENVIRONMENTAL DEFENSE CENTER. C. A. 9th Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 11–556. VANCE *v.* BALL STATE UNIVERSITY ET AL. C. A. 7th Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1059. GENESIS HEALTHCARE CORP. ET AL. *v.* SYMCZYK. C. A. 3d Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1231. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* AUBURN REGIONAL MEDICAL CENTER ET AL. C. A. D. C. Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Court-appointed *amicus curiae* for divided argument granted.

No. 11–1285. US AIRWAYS, INC., FIDUCIARY AND PLAN ADMINISTRATOR OF THE US AIRWAYS, INC. EMPLOYEE BENEFITS PLAN *v.* McCUTCHEN ET AL. C. A. 3d Cir. [Certiorari granted, 567 U. S. 933.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.